**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 05, 2024
Nathan Ochsner, Clerk

In Re: Irene Noemi Ruiz

**Debtor(s)**

Case No.: 21–33930

Chapter: 13

## ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. David Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 3/5/24

_____
Christopher M. Lopez
United States Bankruptcy Judge